# EXHIBIT P

# Boyles, Chip

**From:**
**Sent:**
**To:**

Boyles, Chip
Wednesday, October 20, 2021 12:25 PM
Boyles, Chip



Sent from my iPhone