**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

Rashall M. Brackney-Wheelock,

      *Plaintiffs,*

    v.                              Civil Action No. 3:22-cv-00035-NKM

City of Charlottesville, *et al.*

      *Defendant.*

## MOTION FOR ADMISSION PRO HAC VICE OF CHARLES T. TUCKER JR.

COMES NOW, Rashall M. Brackney-Wheelock,, Plaintiff in the above-styled cause, and respectfully moves the Court for the admission of Charles T. Tucker, Jr. to appear as counsel of record *Pro Hac Vice* on his behalf.

In support thereof, movant has simultaneously filed in this action to Verified Application of Charles T. Tucker, Jr. for Admission of *Pro Hac Vice* with the United States District Court for the Western District of Virginia and with the Virginia Bar and have paid the necessary filing fee. The said application conforms to and meets the requirements of Rule VII, Virginia Rules Governing Admissions, and shows that Charles T, Tucker Jr. is in good standing with the District of Columbia Bar, and that he should be admitted to appear in this case.

WHEREFORE, PREMISES CONSIDER, Alexander L. Taylor Jr. respectfully request that this motion for Admission Pro Hac Vice of Charles T. Tucker Jr. be granted and that the Court grants such other and further relief as may be proper.

Respectfully Submitted, this 7th day of July 2022

                             Teletha Howard, Plaintiff

                             */s/ Alexander Taylor, Esq*
                             Alexander Taylor, Esq. VSB# 29292
                             Alex Taylor Law, PLC
                             1622 West Main Street
                             Richmond, VA 23220
                             Tel: 804-239-9232
                             Fax: 866-446-6167