IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

RASHALL M. BRACKNEY-WHEELOCK, PH.D.,

  Plaintiff,

v.    Case No. 3:22-cv-35

CITY OF CHARLOTTESVILLE, et al.

  Defendants.

## BELLAMY BROWN'S MOTION TO DISMISS

NOW COMES Defendant, Bellamy Brown ("Brown") by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss, with prejudice, the Complaint filed against him, as it fails to state a claim upon which relief can be granted and fails to allege facts sufficient to establish a legally cognizable cause of action. Brown relies upon and incorporates his Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Bellamy Brown, respectfully requests that this Court enter an Order granting the Motion to Dismiss, awarding reasonable attorney fees pursuant to Virginia Code section 8.01-223.2, and dismissing the Complaint against him with prejudice.

**BELLAMY BROWN**

By Counsel

s/David P. Corrigan
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Bellamy Brown
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

## **C E R T I F I C A T E**

      I hereby certify that on the 30th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander L. Taylor, Jr., Esq.
Alex Taylor Law
1622 W. Main Street
Richmond, VA 23220
804-239-9232 - Phone
866-446-6167 - Fax
alextaylor@alextaylorlaw.com

William M. Stanley, Jr., Esq.
Autumn Dawn Price Johnson, Esq.
The Stanley Law Groupl PLLC
13508 Booker T. Washington Hwy
Moneta, VA 24121
540-721-6028 - Phone
540-721-6405 - Fax
rsmith@vastanleylawgroup.com
ajohnson@vastanleylawgroup.com

Charles Tucker, Jr., Esq.
The Tucker Moore Group
8181 Professional Place, Suite 207
Hyattsville, MD 20785
301-577-1175 - Phone
240-467-5678 - Fax
charles@tuckerlawgroupllp.com

Richard H. Milnor, Esq.
VSB No. 14177
Zunka, Milnor & Carter, Ltd.
P.O. Box 1567
Charlottesville, VA 22902
434-977-0191 x234 - Phone
434-977-0198 - Fax
RMilnor@zmc-law.com

                                      <u>s/David P. Corrigan</u>
                                      David P. Corrigan (VSB No. 26341)
                                      Melissa Y. York (VSB No. 77493)
                                      Counsel for Bellamy Brown
                                      Harman, Claytor, Corrigan & Wellman
                                      P.O. Box 70280
                                      Richmond, Virginia  23255
                                      804-747-5200 - Phone
                                      804-747-6085 - Fax
                                      dcorrigan@hccw.com
                                      myork@hccw.com