IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

RASHALL M. BRACKNEY-WHEELOCK,
PH.D.,

  Plaintiff,

v.                                            Case No. 3:22-cv-35

CITY OF CHARLOTTESVILLE, *et al.*,

  Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COMES Defendant City of Charlottesville, by counsel, and hereby submits the attached supplemental authority in support of the pending Motion to Dismiss the Tenth Cause of Action. *Jordan v. School Board of the City of Norfolk*, No. 2:22-cv-167, 2022 WL 16835868, at * (E. D. Va. Nov. 9, 2022), attached as Ex. 1.

                                                          **CITY OF CHARLOTTESVILLE,**

                                                          By Counsel

David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for City of Charlottesville
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 10th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander L. Taylor, Jr., Esq.
Alex Taylor Law
1622 W. Main Street
Richmond, VA 23220
804-239-9232 - Phone
866-446-6167 - Fax
alextaylor@alextaylorlaw.com

Charles Tucker, Jr., Esq.
The Tucker Moore Group
8181 Professional Place, Suite 207
Hyattsville, MD 20785
301-577-1175 - Phone
240-467-5678 - Fax
charles@tuckerlawgroupllp.com

William M. Stanley, Jr., Esq.
Autumn Dawn Price Johnson, Esq.
The Stanley Law Groupl PLLC
13508 Booker T. Washington Hwy
Moneta, VA 24121
540-721-6028 - Phone
540-721-6405 - Fax
rsmith@vastanleylawgroup.com
ajohnson@vastanleylawgroup.com

Joan C. McKenna, Esq. (VSB No. 37812)
Kayla A. Humenick, Esq. (VSB No. 90816)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
jmckenna@ohaganmeyer.com
khumenick@ohaganmeyer.com

Richard H. Milnor, Esq.
VSB No. 14177
Zunka, Milnor & Carter, Ltd.
P.O. Box 1567
Charlottesville, VA 22902
434-977-0191 x234 - Phone
434-977-0198 - Fax
RMilnor@zmc-law.com

/s/
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for City of Charlottesville, Officer for the City of Charlottesville
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com