# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Rashall M. Brackney-Wheelock, Ph.D.**

vs.

**City of Charlottesville, et al.**

Action No:   3:22CV00035
Date:   December 7, 2022
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Charles T. Tucker, Jr.

Defendant Attorney(s)
David Corrigan & Melissa York
 - Counsel for City of Charlottesville, Lisa Robertson, Heather Hill, Lloyd Snook, Sena Magill, Bellamy Brown, Latroy Durrett, James Mooney, and Brian Wheeler

Richard Milnor
 - Counsel for Charles Boyles

Joan McKenna & Kayla Humenick
 - Counsel for Michael Wells

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

**PROCEEDINGS:**
Parties present via ZoomGov video-conference for a hearing on ten pending Motions to Dismiss filed in this matter (Dkt. 12, 18, 19, 24, 30, 32, 34, 36, 40, 49).   Arguments heard.   Order forthcoming.

Time in Court:   10:31 am – 12:37 pm (2 hours, 6 minutes)