IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

RASHALL M. BRACKNEY-WHEELOCK,
PH.D.
      *Plaintiff*,

v.              Case No.: 3:22-CV-35

CITY OF CHARLOTTESVILLE, et al.,

      *Defendants*.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME

COMES NOW, the Plaintiff, RASHALL M. BRACKNEY-WHEELOCK, (hereinafter referred to as "Plaintiff" or "Dr. Brackney"), by the undersigned counsel, files this Motion for Leave to File Out of Time, and in support thereof states as follows:

1. On November 23, 2022, Defendant filed a Motion for Protective Order and for Leave to File Under Seal.

2. Plaintiff asks for leave to file 1-day out of time, as the opposition was inadvertently not filed yesterday.

3. Plaintiff's counsel was severely ill, which is not a cause for delay in itself but the reason the filing was overlooked was that the final draft was pending his approval to file. There is no bad faith or intent for delay and a copy of the Motion and Brief has been filed with this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file out of time by one day and accept the Plaintiff's Opposition.

1

                                              Respectfully submitted,
                                              RASHALL M. BRACKNEY-WHEELOCK, PH.D.

Dated: December 8, 2022                By and through her counsel


                                              */s/Charles Tucker, Jr.*
                                              Charles Tucker, Jr., Esq.
                                              MD Bar# 0808260001
                                              The Cochran Firm - Hyattsville
                                              8181 Professional Place
                                              Hyattsville, MD 20785
                                              Email: charles@tuckerlawgroupllp.com
                                              Telephone: 301-577-1175
                                              Facsimile: 240-467-5787

                                              */s/Alexander Taylor*
                                              Alexander Taylor, Esq.,VSB# 29292
                                              Alex Taylor Law, PLC
                                              1622 West Main Street
                                              Richmond, VA 23220
                                              Tel: 804-239-9232
                                              Fax: 866-446-6167
                                              alextaylor@alextaylorlaw.com

## Certificate of Service

I hereby certify that on this 8th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all Parties:

David P. Corrigan
Melissa Y. York
Counsel for the Defendant, City of Charlottesville
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
dcorrigan@hccw.com
myork@hccw.com

Richard H. Milnor, Esq.
Zunka, Milnor & Carter, Ltd.
P.O. Box 1567
Charlottesville, VA 22902
Rmilnor@zmc-law.com

William M. Stanley, Jr., Esq.
Autumn Dawn Price Johnson, Esq.
The Stanley Law Group, PLLC
13508 Booker T. Washington Hwy.
Moneta, VA 24121
rsmith@vastanleylawgroup.com
ajohnson@vastanleylawgroup.com

Joan C. McKenna, Esq.
Kayla A. Humenick, Esq.
O'Hagan Meyer, PLLC
411 East Franklin Street, Ste. 500
Richmond, VA 23219
jmckenna@ohaganmeyer.com
khumenick@ohaganmeyer.com

*/s/Charles Tucker, Jr.*_____
Charles Tucker, Jr., Esq.,
MD Bar # 0808260001
The Cochran Firm - Hyattsville
8181 Professional Place
Hyattsville, MD 20785
Email: charles@tuckerlawgroupllp.com
Telephone: 301-577-1175
Facsimile: 240-467-5787

*/s/Alexander Taylor*_____
Alexander Taylor, Esq.,VSB# 29292
Alex Taylor Law, PLC
1622 West Main Street
Richmond, VA 23220
Tel: 804-239-9232
Fax: 866-446-6167
alextaylor@alextaylorlaw.com

3