UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RASHALL M. BRACKNEY-WHEELOCK, PH.D., <br><br>*Plaintiff,* <br><br>v. <br><br>CITY OF CHARLOTTESVILLE, *et al.*, <br><br>*Defendants.* | CASE NO. 3:22-cv-00035 <br><br><br><br>ORDER <br><br><br><br>JUDGE NORMAN K. MOON |

This case comes before the Court on Defendants' motions to dismiss, Dkts. 12, 18, 19, 24, 30, 32, 34, 36, 38, 40, 49. For the reasons set forth in the Court's Memorandum Opinion, to follow, the Court **GRANTS** the Motions as to each claim and dismisses this case.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this _____ day of January, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE