Case 3:22-cv-00035-NKM-RSB    Document 110    Filed 12/30/24    Page 1 of 2    Pageid#: 1950

FILED: December 30, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 23-1129
(3:22-cv-00035-NKM-RSB)

_____

RASHALL M. BRACKNEY-WHEELOCK, Ph.D.

      Plaintiff - Appellant

v.

CITY OF CHARLOTTESVILLE; CHARLES BOYLES, a/k/a Chip, Former City Manager with Charlottesville; LISA ROBERTSON, City Attorney; HEATHER HILL, Former City Councilor; LLOYD SNOOK, City Councilor, Current Mayor of Charlottesville; SENA MAGILL, City Councilor; BELLAMY BROWN, Former Police Civilian Review Board Chair (PCRB); LATROY DURRETTE, a/k/a Tito, Assistant Police Chief; JAMES MOONEY, Former Assistant Police Chief; MICHAEL WELLS, Police Benevolent Association, Central Virginia Chapter President; BRIAN WHEELER, Communications Director and FOIA Officer for the City of Charlottesville

      Defendants - Appellees

_____

RULE 45 MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*